**No. 10-5126. Robert Larson, Petitioner v. United States.**

562 U.S. 1088, 131 S. Ct. 695, 178 L. Ed. 2d 525, 2010 U.S. LEXIS 9223.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 905, 131 S. Ct. 245, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6009.

**No. 10-5170. Ricardo Jose Calderon-Lopez, Petitioner v. United States.**

562 U.S. 1088, 131 S. Ct. 695, 178 L. Ed. 2d 525, 2010 U.S. LEXIS 9074.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 907, 131 S. Ct. 253, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 6971.

**No. 10-5173. Cyrus Y. Kim, Petitioner v. United States.**

562 U.S. 1088, 131 S. Ct. 695, 178 L. Ed. 2d 525, 2010 U.S. LEXIS 9399.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 907, 131 S. Ct. 254, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 6904.

**No. 10-5233. Hares Ajmal Ahmadzai, Petitioner v. United States.**

562 U.S. 1088, 131 S. Ct. 695, 178 L. Ed. 2d 525, 2010 U.S. LEXIS 9434.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 953, 131 S. Ct. 262, 178 L. Ed. 2d 252, 2010 U.S. LEXIS 7780.

**No. 10-5252. In re Johnny Ray Gaffney, Petitioner.**

562 U.S. 1088, 131 S. Ct. 695, 178 L. Ed. 2d 525, 2010 U.S. LEXIS 9330.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 825, 131 S. Ct. 266, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7837.

**No. 10-5265. Charles C. Graham, Petitioner v. Missouri.**

562 U.S. 1088, 131 S. Ct. 696, 178 L. Ed. 2d 525, 2010 U.S. LEXIS 9392.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 6907.

**No. 10-5389. Scott Jay MacKenzie, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1088, 131 S. Ct. 696, 178 L. Ed. 2d 525, 2010 U.S. LEXIS 9309.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 919, 131 S. Ct. 289, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7428.